

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tony Charles Patterson,                     * From the 350th District Court
                                                    of Taylor County,
                                                    Trial Court No. 15914-D.

Vs. No. 11-24-00197-CR                   * August 29, 2025

The State of Texas,                         * Memorandum Opinion by Williams, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                      Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.